**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                                          Bk No.: 20-17186-AJC

JOAQUINA RAPOSO,                                                  Chapter 13
            Debtor                                      /

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 7

Caliber Home Loans, Inc. ("Creditor"), through its undersigned counsel, files this Response to Debtor(s)' Objection to Claim (Doc 20), and in support thereof avers as follows:

1.  The Debtor(s) filed for Chapter 13 relief of June 30, 2020.

2.  Creditor holds a Mortgage securing the property located at 2820 NW 174TH ST, MIAMI GARDENS, FL 33056-4035.

3.  Creditor filed Proof of Claim number 7 ("the Claim") on July 13, 2020. The Claim was amended on July 31, 2020.

4.  The Debtor(s) filed an Objection to the Claim ("the Objection") on August 6, 2020. The basis for the Objection is the Debtor is making direct payments to the Creditor. The Debtor is seeking an Order allowing the Claim without distribution from the Chapter 13 Trustee.

5.  Creditor has reviewed its records and maintains that the Claim was filed correctly.

6.  The Objection should be overruled due to the fact that Creditor's Claim is properly filed and represents the secured claim on the Debtor(s)' property as it stood at the time the instant Bankruptcy Petition was filed.

7.  Creditor does not oppose entry of an order setting forth that the claim is allowed but shall not receive any distribution under the Chapter 13 Plan.

**WHEREFORE**, Respondent Caliber Home Loans, Inc. respectfully requests the Court overrule the Debtor(s)' Objection to Claim Number 7 and for such other relief as is just and

PH # 104248

proper.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Date:  August 10, 2020 /s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

PH # 104248

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

JOAQUINA RAPOSO
2820 NW 174TH STREET
MIAMI GARDENS, FL 33056-4035

ROBERT SANCHEZ, ESQ.
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH, (TRUSTEE)
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date:  August 10, 2020            /s/ Stefan Beuge, Esquire
                                  Stefan Beuge, Esq., Florida Bar No. 68234
                                  Phelan Hallinan Diamond & Jones, PLLC
                                  2001 NW 64th Street
                                  Suite 100
                                  Ft. Lauderdale, FL 33309
                                  Tel: 954-462-7000 Ext. 56588
                                  Fax: 954-462-7001
                                  Email: stefan.beuge@phelanhallinan.com
                                  FLSD.bankruptcy@phelanhallinan.com

PH # 104248